NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CRISTA V. BENNER,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, Secretary of Veterans Affairs,**
*Respondent-Appellee.*

---

2013-7098

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-2331, Judge Lawrence B. Hagel.

---

**JUDGMENT**

---

KENNETH M. CARPENTER, Carpenter, Chartered, of Topeka, Kansas, argued for claimant-appellant.

ELIZABETH A. SPECK, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were STUART F. DELERY, Assistant Attorney General, BRYANT G. SNEE, Acting Director, MARTIN F. HOCKEY, JR., Assistant Director, and JAMES SWEET, Trial Attorney. Of counsel on the brief

were DAVID J. BARRANS, Deputy Assistant General Counsel, and AMANDA BLACKMON, Staff Attorney, United States Department of Veterans Affairs, of Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (MOORE, O'MALLEY, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


|  May 14, 2014  | /s/  Daniel  E.  O'Toole |
|:---:|:---:|
| Date | Daniel E. O'Toole |
|  | Clerk of Court |